AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM9:59
RECEIVED MAR 10 '23

11526369

United States of America
v.

HECTOR DAVID VALDEZ

*Defendant*

)
)
)
)
)
)

Case: 1:23-cr-00073
Assigned to: Judge Kollar-Kotelly, Colleen
Assign Date: 3/9/2023
Description: INDICTMENT (B)
Related Case No: 22-cr-00022 (CKK)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HECTOR DAVID VALDEZ
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Date:   03/09/2003

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.03.09 16:54:37 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3·10·2023, and the person was arrested on *(date)* 3·24·2023
at *(city and state)* Washington DC

Date: 3·24·2023

*Arresting officer's signature*

Alex Adkins DUSM
*Printed name and title*